**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | JTR1, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  JTR, LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 38-3860822 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **814 Tyvola Rd, Suite 107**<br>**Charlotte, NC 28217**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mecklenburg**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL) _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JTR1, LLC**                                                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5242**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | JTR1, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **JTR1, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2020**
                MM / DD / YYYY

**X** **/s/ Jeffrey Covelli**                                    **Jeffrey Covelli**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Joseph W. Grier, III**                        Date **February  6, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**Joseph W. Grier, III 7764**
Printed name

**Grier Wright Martinez, PA**
Firm name

**521 E. Morehead St., Suite 440**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone   **704 332-0201**    Email address   **jgrier@grierlaw.com**

**7764 NC**
Bar number and State

---

| Debtor | **JTR1, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter __**7**__

☐ Check if this an amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **C2 Advisors, LLC** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Western District of North Carolina** | When _____ | Case number, if known | _____ |
| Debtor | **Richard J. Covelli** | | Relationship to you | **Affiliate** |
| District | **Western District of North Carolina** | When _____ | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **JTR1, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2020**     X **/s/ Jeffrey Covelli**
                                         Signature of individual signing on behalf of debtor

                                         **Jeffrey Covelli**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          **JTR1, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................     $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................................     $ _____ 11,248.83

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................     $ _____ 11,248.83

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................     $ _____ 508,480.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................     $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$ _____ 17,543.68

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b

$ _____ 526,023.68

**Fill in this information to identify the case:**

Debtor name __**JTR1, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

| 3.1. | **Wells Fargo** | **Business Checking** | 5588 | $185.83 |
|---|---|---|---|---|

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$185.83**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Virtual Tone** | **$275.00** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Legal retainer with Scheper Kim & Harris, LLP** | **$10,000.00** |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **JTR1, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$10,275.00

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                                    % of ownership

| 15.1. | **Investment in Bentley Boys, LLC** | % | | $788.00 |
|---|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$788.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

| Debtor | **JTR1, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
**Software - website design for Pension Advisory group; paid $3,500 on 7/10/18** $0.00 $0.00

---

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **JTR1, LLC** | Case number *(If known)* |
| --- | --- | --- |
| | Name | |

**Flexible Premium Adjustable Life Insurance Policy With Index-Linked Interest Options on the life of Richard J. Covelli with  Zurich American Life Ins. Co.; policy number 217093, face amount $7,000,000; net cash surrender value is 0. Upon information and belief, BJS Insurance has an interest in the death benefits of this policy. However, the Debtor has not been able to locate its documentation on this interest.**

**Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claim for indemnification against the Retirement Plan of Freedom Communications, Inc.**

**Unknown**

**Nature of claim**
**Amount requested**                                      **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **JTR1, LLC**                                                    Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $185.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,275.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $788.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,248.83 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,248.83 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name      **JTR1, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim _Do not deduct the value of collateral._ | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BJS Insurance** | **Describe debtor's property that is subject to a lien** | **$508,480.00** | **Unknown** |
| Creditor's Name | **Flexible Premium Adjustable Life Insurance Policy With Index-Linked Interest Options on the life of Richard J. Covelli with  Zurich American Life Ins. Co.; policy number 217093, face amount $7,000,000; net cash surrender value is 0.** | | |
| **20005 Burdock Rd** **Baltimore, MD 21209** Creditor's mailing address | **Describe the lien** **Interest in Death Benefit. See Note on Schedule A #73** | | |
| | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| **Date debt was incurred** **12/31/2017** **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$508,480.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **JTR1, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   �)■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Cross Credit Capital, LLC**<br>**Attn Baruch Halpern**<br>**9601 Collins Avenue, Suite PH303**<br>**Miami Beach, FL 33154**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Lewis & Ellis, Inc.**<br>**Attn: Scott Gibson**<br>**700 Central Expressway South**<br>**Suite 550**<br>**Allen, TX 75013-8098**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Pension Benefit Guaranty Corp**<br>**1200 K Street, N.W.**<br>**Washington, DC 20005-4026**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **See civil proceeding 8:19-cv-00299-DOC-DFM; US District Court, Central Division of California, Southern Division**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Richard Kearns**<br>**6521 Selton House Lane**<br>**Charlotte, NC 28277**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    50727                    Best Case Bankruptcy

| Debtor | JTR1, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,088.54 |
|---|---|---|---|

**RJC Financial, Inc.**
**814 Tyvola Rd**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2018

Basis for the claim:  Unreimbursed expenses

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,455.14 |
|---|---|---|---|

**Smiley Wang-Ekvall**
**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2019 to 8/1/2019

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Smith Barid, LLC**
**Attn Mike Smith**
**7393 Hodgson Memorial Dr., STE 202**
**Savannah, GA 31406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Unsecured Creditors Cmte, Freedom Comm**
**Jack Butler, Chair**
**Pension Benefit Guaranty Corporation**
**1200 K Street, NW**
**Washington, DC 20005-4026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:  See adversary proceeding 8:17-ap-01012-MW; US
Bankruptcy Court, Central Division of California, Santa Ana Division

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Willen, Limsky, & Associates. P.A.**
**Attn: Mark Willen**
**1829 Reistertown Road**
**Suite 410**
**Pikesville, MD 21208**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Willen, Limsky, & Associates. P.A.**
**Attn: Amy Stempfer**
**1829 Reisterton Road**
**Suite 410**
**Pikesville, MD 21208**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | JTR1, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan J. Kornfeld**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd 13th Fl**<br>**Los Angeles, CA 90067** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Alan J. Kornfeld**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd., 13th Floor**<br>**Los Angeles, CA 90067** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Alexander H. Cote**<br>**Scheper Kim & Harris, LLP**<br>**800 West Sixth Street, 18th Floor**<br>**Los Angeles, CA 90017-2701** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Brandon J Witkow**<br>**21031 Ventura Blvd, Ste 603**<br>**Woodland Hills, CA 91364** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Brandon J Witkow**<br>**21031 Ventura Blvd, Ste 603**<br>**Woodland Hills, CA 91364** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Carolyn J Lachman**<br>**Pension Guaranty Benefit Corporation**<br>**1200 K Street NW, Suite 320**<br>**Washington, DC 20005** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Charles E Canter**<br>**AUSA - US Attorneys Office**<br>**300 N Los Angeles St, Suite 7516**<br>**Los Angeles, CA 90012** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Christopher B Queally**<br>**Callahan & Blaine APLC**<br>**3 Hutton Centre Dr 9th  Fl**<br>**Santa Ana, CA 92707** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Cory A Baskin**<br>**Witkow Baskin**<br>**21031 Ventura Boulevard, Suite 603**<br>**Woodland Hills, CA 91364** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Edward Susolik**<br>**Callahan & Blaine, APLC**<br>**3 Hutton Centre Drive 9th Floor**<br>**Santa Ana, CA 92707** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Elissa A. Wagner**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd 13th Fl**<br>**Los Angeles, CA 90067** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Elizabeth B Fry**<br>**Pension Benefit Guaranty Corporation**<br>**1200 K Street, N.W., Suite 320**<br>**Washington, DC 20005** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **JTR1, LLC** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Erin Cranman Witkow**<br>**Witkow Baskin**<br>**21031 Ventura Boulevard, Suite 603**<br>**Woodland Hills, CA 91364** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Erinn M. Contreras**<br>**Sheppard Mullin Richter & Hampton**<br>**4 Embarcadero Center 17th Floor**<br>**San Francisco, CA 94111** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Erinn M. Contreras**<br>**Sheppard Mullin Richter & Hampton**<br>**4 Embarcadero Center 17th Floor**<br>**San Francisco, CA 94111** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **James M Sabovich**<br>**Callahan & Blaine**<br>**3 Hutton Centre Dr Ste 900**<br>**Santa Ana, CA 92707** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Joel W. Ruderman**<br>**Pension Benefit Guaranty Corporation**<br>**1200 K Street, N.W.**<br>**Washington, DC 20005-4026** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Jordon E Jacobson**<br>**Pension Benefit Guaranty Corporation**<br>**1200 K Street, N.W., Suite 340**<br>**Washington, DC 20005-4026** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Kamran Salour**<br>**Callahan & Blaine**<br>**3 Hutton Centre Drive 9th Floor**<br>**Santa Ana, CA 92707** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Margaret E. Dayton**<br>**Scheper Kim & Harris, LLP**<br>**800 West Sixth Street, 18th Floor**<br>**Los Angeles, CA 90017-2701** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Mark R. Snyder**<br>**Pension Benefit Guaranty Corporation**<br>**1200 K Street, N.W.**<br>**Washington, DC 20005-4026** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Matthew T Furton**<br>**Locke Lord LLP**<br>**111 S Wacker Dr**<br>**Chicago, IL 60606** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Raphael Cung**<br>**Callahan & Blaine APLC**<br>**3 Hutton Centre Dr 9th Fl**<br>**Santa Ana, CA 92707** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Raphael Cung**<br>**Callahan & Blaine APLC**<br>**3 Hutton Centre Dr 9th Fl**<br>**Santa Ana, CA 92707** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **JTR1, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.25 | **Robert J. Feinstein**<br>**Pachulski Stang Ziehl & Jones, LLP**<br>**10100 Santa Monica Blvd., 13th Floor**<br>**Los Angeles, CA 90067** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Robert James Guite**<br>**Sheppard Mullin Richter Hampton LLP**<br>**Four Embarcadero Center, 17th Floor**<br>**San Francisco, CA 94111** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Robert S Marticello**<br>**Smiley Wang-Ekvall, LLP**<br>**3200 Park Center Dr, Suite 250**<br>**Costa Mesa, CA 92626** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Steven B Sacks**<br>**Four Embarcadero Center 17th Floor**<br>**San Francisco, CA 94111** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **United States Trustee (SA)**<br>**411 W Fourth St., Suite 7160**<br>**Santa Ana, CA 92701-4593** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **William H. Forman**<br>**Scheper Kim & Harris, LLP**<br>**800 West Sixth Street, 18th Floor**<br>**Los Angeles, CA 90017-2701** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 17,543.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 17,543.68 |

**Fill in this information to identify the case:**

Debtor name        **JTR1, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JTR1, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Aaron Kushner** | **396 Washington Street, #307 Wellesley Hills, MA 02481 Co-Defendant** | **Unsecured Creditors Cmte, Freedom Comm** | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |
| 2.2 | **Aaron Kushner** | **396 Washington Street, #307 Wellesley Hills, MA 02481 Co-defendant** | **Pension Benefit Guaranty Corp** | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.3 | **C&C Marketing, LLC** | **814 Tyvola Rd, Suite 107 Charlotte, NC 28217 Co-defendant** | **Unsecured Creditors Cmte, Freedom Comm** | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |
| 2.4 | **C&C Marketing, LLC** | **814 Tyvola Rd, Suite 107 Charlotte, NC 28217 Co-defendant** | **Pension Benefit Guaranty Corp** | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.5 | **C2 Advisors, LLC** | **814 Tyvola Rd, Suite 107 Charlotte, NC 28217 Co-defendant** | **Unsecured Creditors Cmte, Freedom Comm** | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |

| Debtor | JTR1, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **C2 Advisors, LLC** | 814 Tyvola Rd, Suite 107<br>Charlotte, NC 28217<br>Co-defendant | Pension Benefit<br>Guaranty Corp | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.7 | **Eric Spitz** | 225 19th St.<br>Newport Beach, CA 92663<br>Co-defendant | Unsecured Creditors<br>Cmte, Freedom<br>Comm | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.8 | **Eric Spitz** | 225 19th St<br>Newport Beach, CA 92663<br>Co-defendant | Pension Benefit<br>Guaranty Corp | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.9 | **Etaros Acturial Services, LLC** | 5008 W. 129th  St.<br>Leawood, KS 66209<br>Co-defendant | Unsecured Creditors<br>Cmte, Freedom<br>Comm | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.10 | **Etaros Acturial Services, LLC** | 5008 W. 129th St.<br>Leawood, KS 66209<br>Co-defendant | Pension Benefit<br>Guaranty Corp | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.11 | **Financial Institution Consulting Corp** | 1755 Lynnfield Rd, #106<br>Memphis, TN 38119<br>Co-defendant | Unsecured Creditors<br>Cmte, Freedom<br>Comm | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.12 | **Traci M. Christian** | 5008 W. 129th  Street<br>Leawood, KS 66209<br>Co-defendant | Unsecured Creditors<br>Cmte, Freedom<br>Comm | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.13 | **Traci M. Christian** | 5008 W. 129th Street<br>Leawood, KS 66209<br>Co-defendant | Pension Benefit<br>Guaranty Corp | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **JTR1, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other | **$0.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other  **Commission** | **$378,890.59** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other  **Commission** | **$502,199.08** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | **Interest** | **$0.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | **interest income** | **$0.85** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | **interest income** | **$22.31** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor   **JTR1, LLC** _____   Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Locke Lord, LLP**<br>**24259 Network Place**<br>**Chicago, IL 60673-1242** | **11/18/19** | **$75,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. | **Scheper Kim & Harris, LLP**<br>**601 West Fifth St, 12th Floor**<br>**Los Angeles, CA 90071-2025** | **11/18/19** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Locke Lord, LLP**<br><br>**Attorney** | **7/23/2019** | **$150,000.00** | **Legal fees** |
| 4.2. | **Locke Lord, LLP**<br><br>**Attorney** | **4/8/2019** | **$350,000.00** | **Legal fees** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

| Debtor | JTR1, LLC | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Official Committee of Unsecured Creditors of Freedom Communications, Inc, et al. v. Aaron Kushner, et al**<br>**8:17-ap-01012-MW** | **Suit by Unsecured Creditors Committee alleging aiding & abetting breach of fiduciary duty, avoidance of fraudulent transers under Sections 548(a)(1)(B) and 544(b) and California Civil Code Sections 3439.04, 05 & 07.** | **US Bankruptcy Court Central District of California Ronald Reagan Fed'l Bldg & US Courthouse Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Pension Benefit Guaranty Corp. v. Eric Spitz, et al.**<br>**8:19-cv-00299-DOC-DFM** | **Suit by PBGC alleging as to debtor knowing participation in breach of fiduciary duties in violation of ERISA and liabilityof nonfiduciaries for prohibited transactions.** | **US District Court Central District of California Ronald Reagan Fed'l Bldg & US Courthouse Santa Ana, CA 92701-4516** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **JTR1, LLC**                                                   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Grier Wright Martinez, PA**<br>**521 E. Morehead St., Suite 440**<br>**Charlotte, NC 28202** | **See disclosures in case of Richard Covelli, who made bankruptcy-related payments to firm for himself, JTR1, and C2 Advisors.** | | **$0.00** |
| | **Email or website address**<br>**jgrier@grierlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Richard J. Covelli** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Various** | **See attached list for transfers over $10,000 within 2 years pre filing. Debtor continues to investigate which of those transfers, if any, were outside the ordinary course of business.** | | **$0.00** |
| | **Relationship to debtor** | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **JTR1, LLC**                                                 Case number *(if known)*

---

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|
|         |                               |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
|                           |                                                                                  |                                                                           |

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**PHI and SSN in insurance policy applications ad in the insurance policies.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

|        | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|--------|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1.  | **Wells Fargo Money Market**           | **XXXX-1139**                   | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/13/19**                                          | **$5,262.93**                            |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor      **JTR1, LLC**                                                                     Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **JTR1, LLC** | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Bentley Boys, LLC**<br>814 Tyvola Rd, Suite 107<br>Charlotte, NC 28217 | **Insurance & life settlements** | EIN:  **47-4582273**<br><br>From-To  **6/29/2015** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Elizabeth C. Chanter**<br>PO Box 691257<br>Charlotte, NC 28227 | **Preceding two years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Mueller Prost**<br>7733 Forsyth Blvd.<br>Suite 1200<br>Saint Louis, MO 63105 | **Preceding two years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **JTR1, LLC**                                                         Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Covelli | 814 Tyvola Rd, Suite 107 Charlotte, NC 28217 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Covelli | 814 Tyvola Rd, Suite 107 Charlotte, NC 28217 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Covelli | 814 Tyvola Rd, Suite 107 Charlotte, NC 28217 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JMC Financial Holdings, LLC | 814 Tyvola Rd, Suite 107 Charlotte, NC 28217 | Member | 33.33% P&L allocation; 10% capital account |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TMC Financial, LLC | 814 Tyvola Rd, Suite 107 Charlotte, NC 28217 | Member | 33.33% P&L allocation; 10% capital account |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RJC Financial, Inc | 814 Tyvola Rd, Suite 107 Charlotte, NC 28217 | Member | 33.33% P&L allocation; 80% capital account |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **JTR1, LLC**                                                      Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2020**

**/s/ Jeffrey Covelli**                                        **Jeffrey Covelli**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Date | Amount | Payee |
|------|--------|-------|
| 11/18/2019 | ($75,000) | Locke and Lord |
| 11/18/2019 | ($25,000) | Scheper Kim and Harris |
| 7/23/2019 | ($150,000) | Locke and Lord |
| 6/3/2019 | ($23,882) | Check 1633 |
| 5/1/2019 | ($10,000) | Check 1620 |
| 4/8/2019 | ($350,000) | Locke and Lord |
| 3/21/2019 | ($20,000) | Check 1615 |
| 3/14/2019 | ($10,000) | Check 1614 |
| 2/28/2019 | ($15,925) | Phlls LLC |
| 2/11/2019 | ($25,000) | Check 1607 |
| 1/10/2019 | ($15,000) | Check |
| | | |
| 12/28/2018 | ($25,000) | JMC 5852 |
| 12/28/2018 | ($25,000) | TMC |
| 12/28/2018 | ($63,000) | Locke Lord LLP |
| 12/28/2018 | ($25,000) | RJC Financial |
| 12/12/2018 | ($20,589.22) | RJC Financial |
| 11/26/2018 | ($25,000) | Check 1572 |
| 11/13/2018 | ($33,300) | RJC Financial |
| 11/13/2018 | ($33,300) | JMC 5852 |
| 11/13/2018 | ($33,300) | TMC |
| 9/21/2018 | ($10,000) | JMC 5852 |
| 9/21/2018 | ($10,000) | TMC 5849 |
| 8/27/2018 | ($25,348.50) | RJC Financial |
| 6/26/2018 | ($65,000) | JTR 1139 |
| 6/22/2018 | ($25,250) | JMC 5852 |
| 6/22/2018 | ($25,250) | TMC |
| 6/6/2018 | ($125,000) | ACM Properties |
| 5/31/2018 | ($12,000) | TMC 5849 |
| 5/31/2018 | ($12,000) | JMC 5852 |
| 4/4/2018 | ($75,000) | JTR 1139 |
| 4/3/2018 | ($50,500) | JMC 5852 |
| 4/3/2018 | ($50,500) | TMC Financial |
| 3/23/2018 | ($200,000) | ACM Properties |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re   __JTR1, LLC__ _____    Case No. _____
                                    Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

     For legal services, I have agreed to accept _____    $   _____

     Prior to the filing of this statement I have received _____    $   _____

     Balance Due _____    $   _____

■   **RETAINER**

     For legal services, I have agreed to accept and received a retainer of _____    $   _____**0.00**

     The undersigned shall bill against the retainer at an hourly rate of _____    $   _____**550.00**
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.

2.   $___**335.00**___ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐   Debtor     ■   Other (specify):    **Richard Covelli**

4.   The source of compensation to be paid to me is:

     ☐   Debtor     ■   Other (specify):    **Richard Covelli**

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **JTR1, LLC**_____   Case No.   _____
                                     Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February  6, 2020**_____ | **/s/ Joseph W. Grier, III**_____ |
| *Date* | **Joseph W. Grier, III 7764** |
| | *Signature of Attorney* |
| | **Grier Wright Martinez, PA** |
| | **521 E. Morehead St., Suite 440** |
| | **Charlotte, NC 28202** |
| | **704 332-0201   Fax: 704 332-0215** |
| | **jgrier@grierlaw.com**_____ |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of North Carolina

In re    **JTR1, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February  6, 2020**

**/s/ Jeffrey Covelli**

**Jeffrey Covelli**/**Manager**

Signer/Title

.

Aaron Kushner
396 Washington Street, #307
Wellesley Hills, MA 02481


Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 13th Fl
Los Angeles, CA 90067


Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067


Alexander H. Cote
Scheper Kim & Harris, LLP
800 West Sixth Street, 18th Floor
Los Angeles, CA 90017-2701


BJS Insurance
20005 Burdock Rd
Baltimore, MD 21209


Brandon J Witkow
21031 Ventura Blvd, Ste 603
Woodland Hills, CA 91364


C&C Marketing, LLC
814 Tyvola Rd, Suite 107
Charlotte, NC 28217


C2 Advisors, LLC
814 Tyvola Rd, Suite 107
Charlotte, NC 28217


Carolyn J Lachman
Pension Guaranty Benefit Corporation
1200 K Street NW, Suite 320
Washington, DC 20005


Charles E Canter
AUSA – US Attorneys Office
300 N Los Angeles St, Suite 7516
Los Angeles, CA 90012

Christopher B Queally
Callahan & Blaine APLC
3 Hutton Centre Dr 9th  Fl
Santa Ana, CA 92707


Cory A Baskin
Witkow Baskin
21031 Ventura Boulevard, Suite 603
Woodland Hills, CA 91364


Cross Credit Capital, LLC
Attn Baruch Halpern
9601 Collins Avenue, Suite PH303
Miami Beach, FL 33154


Edward Susolik
Callahan & Blaline, APLC
3 Hutton Centre Drive 9th Floor
Santa Ana, CA 92707


Elissa A. Wagner
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 13th Fl
Los Angeles, CA 90067


Elizabeth B Fry
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 320
Washington, DC 20005


Eric Spitz
225 19th St
Newport Beach, CA 92663


Erin Cranman Witkow
Witkow Baskin
21031 Ventura Boulevard, Suite 603
Woodland Hills, CA 91364


Erinn M. Contreras
Sheppard Mullin Richter & Hampton
4 Embarcadero Center 17th Floor
San Francisco, CA 94111

Etaros Acturial Services, LLC
5008 W. 129th St.
Leawood, KS 66209


Financial Institution Consulting Corp
1755 Lynnfield Rd, #106
Memphis, TN 38119


James M Sabovich
Callahan & Blaine
3 Hutton Centre Dr Ste 900
Santa Ana, CA 92707


Joel W. Ruderman
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026


Jordon E Jacobson
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026


Kamran Salour
Callahan & Blaine
3 Hutton Centre Drive 9th Floor
Santa Ana, CA 92707


Lewis & Ellis, Inc.
Attn: Scott Gibson
700 Central Expressway South
Suite 550
Allen, TX 75013-8098


Margaret E. Dayton
Scheper Kim & Harris, LLP
800 West Sixth Street, 18th Floor
Los Angeles, CA 90017-2701


Mark R. Snyder
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026

Matthew T Furton
Locke Lord LLP
111 S Wacker Dr
Chicago, IL 60606


Pension Benefit Guaranty Corp
1200 K Street, N.W.
Washington, DC 20005-4026


Raphael Cung
Callahan & Blaine APLC
3 Hutton Centre Dr 9th Fl
Santa Ana, CA 92707


Richard Kearns
6521 Selton House Lane
Charlotte, NC 28277


RJC Financial, Inc.
814 Tyvola Rd
Charlotte, NC 28217


Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067


Robert James Guite
Sheppard Mullin Richter Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111


Robert S Marticello
Smiley Wang-Ekvall, LLP
3200 Park Center Dr, Suite 250
Costa Mesa, CA 92626


Smiley Wang-Ekvall
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Smith Barid, LLC
Attn Mike Smith
7393 Hodgson Memorial Dr., STE 202
Savannah, GA 31406

Steven B Sacks
Four Embarcadero Center 17th Floor
San Francisco, CA 94111


Traci M. Christian
5008 W. 129th Street
Leawood, KS 66209


United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593


Unsecured Creditors Cmte, Freedom Comm
Jack Butler, Chair
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005-4026


Willen, Limsky, & Associates. P.A.
Attn: Mark Willen
1829 Reistertown Road
Suite 410
Pikesville, MD 21208


Willen, Limsky, & Associates. P.A.
Attn: Amy Stempfer
1829 Reistertown Road
Suite 410
Pikesville, MD 21208


William H. Forman
Scheper Kim & Harris, LLP
800 West Sixth Street, 18th Floor
Los Angeles, CA 90017-2701

# United States Bankruptcy Court
## Western District of North Carolina

In re    __JTR1, LLC__          Case No. _____

Debtor(s)        Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JTR1, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February  6, 2020__

Date

**/s/ Joseph W. Grier, III**

**Joseph W. Grier, III 7764**

Signature of Attorney or Litigant

Counsel for    **JTR1, LLC**

**Grier Wright Martinez, PA**

**521 E. Morehead St., Suite 440**
**Charlotte, NC 28202**
**704 332-0201 Fax:704 332-0215**
**jgrier@grierlaw.com**