

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30141
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    JTR1, LLC
        fdba JTR, LLC
    814 Tyvola Rd, Suite 107
    Charlotte, NC 28217
    Social Security No.:
    Debtor EIN:
    38−3860822

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Corporate − Partnership Resolution

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: February 7, 2020                                                                                                Steven T. Salata
                                                                                                                            Clerk of Court

Electronically filed and signed (2/7/20)