# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JTR1, LLC | ) | Case No. 20-30141 (JCW) |
| | ) | |
| Debtor. | ) | Honorable J. Craig Whitley |
| | ) | |

## NOTICE OF APPEARANCE FOR
## UNITED STATES GOVERNMENT ATTORNEY JOEL W. RUDERMAN

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned case, hereby files this notice of appearance and request for electronic notice pursuant to Local Rule 2090-2 of the Local Rules, and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as listed below.

This request includes, inter alia, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after de novo review by a district court, (ii) to trial by jury in any proceedings so triable

in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: February 11, 2020　　　　　　　　　　Respectfully submitted,
　　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joel W. Ruderman
　　　　　　　　　　　　　　　　　　　　　　Joel W. Ruderman
　　　　　　　　　　　　　　　　　　　　　　Pension Benefit Guaranty Corporation
　　　　　　　　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　　　　　　　　1200 K Street, N.W., Suite 340
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005-4026
　　　　　　　　　　　　　　　　　　　　　　Ph:  202-229-3926
　　　　　　　　　　　　　　　　　　　　　　Fax:  202-326-4112
　　　　　　　　　　　　　　　　　　　　　　E-mails: ruderman.joel@pbgc.gov and
　　　　　　　　　　　　　　　　　　　　　　　　　efile@pbgc.gov