```
                         United States Bankruptcy Court
                        Western District of North Carolina
In re:                                                          Case No. 20-30141-jcw
JTR1, LLC                                                       Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0419-3         User: AutoDkt              Page 1 of 2            Date Rcvd: Feb 10, 2020
                             Form ID: 309C              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db             +JTR1, LLC,    814 Tyvola Rd, Suite 107,   Charlotte, NC 28217-3539
smg            +United States Attorney,    227 West Trade Street,   Carillon Bldg, Suite 1700,
                 Charlotte, NC 28202-1675
6078247        +Aaron Kushner,   396 Washington Street, #307,   Wellesley Hills, MA 02481-6209
6078248        +Alan J. Kornfeld,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd 13th Fl,
                 Los Angeles, CA 90067-4003
6078250         Alexander H. Cote,   Scheper Kim & Harris, LLP,   800 West Sixth Street, 18th Floor,
                 Los Angeles, CA 90017-2701
6078251         BJS Insurance,   20005 Burdock Rd,   Baltimore, MD 21209
6078252        +Brandon J Witkow,   21031 Ventura Blvd, Ste 603,   Woodland Hills, CA 91364-2244
6078253        +C&C Marketing, LLC,    814 Tyvola Rd, Suite 107,   Charlotte, NC 28217-3539
6078254        +C2 Advisors, LLC,   814 Tyvola Rd, Suite 107,   Charlotte, NC 28217-3539
6078255        +Carolyn J Lachman,   Pension Guaranty Benefit Corporation,   1200 K Street NW, Suite 320,
                 Washington, DC 20005-4096
6078256        +Charles E Canter,   AUSA - US Attorneys Office,   300 N Los Angeles St, Suite 7516,
                 Los Angeles, CA 90012-3341
6078257        +Christopher B Queally,   Callahan & Blaine APLC,   3 Hutton Centre Dr 9th  Fl,
                 Santa Ana, CA 92707-5781
6078258        +Cory A Baskin,   Witkow Baskin,    21031 Ventura Boulevard, Suite 603,
                 Woodland Hills, CA 91364-2244
6078259        +Cross Credit Capital, LLC,   Attn Baruch Halpern,   9601 Collins Avenue, Suite PH303,
                 Miami Beach, FL 33154-2209
6078260        +Edward Susolik,   Callahan & Blaine, APLC,   3 Hutton Centre Drive 9th Floor,
                 Santa Ana, CA 92707-5781
6078261        +Elissa A. Wagner,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd 13th Fl,
                 Los Angeles, CA 90067-4003
6078262        +Elizabeth B Fry,   Pension Benefit Guaranty Corporation,    1200 K Street, N.W., Suite 320,
                 Washington, DC 20005-4026
6078263        +Eric Spitz,   225 19th St,   Newport Beach, CA 92663-4507
6078264        +Erin Cranman Witkow,   Witkow Baskin,   21031 Ventura Boulevard, Suite 603,
                 Woodland Hills, CA 91364-2244
6078265        +Erinn M. Contreras,   Sheppard Mullin Richter & Hampton,    4 Embarcadero Center 17th Floor,
                 San Francisco, CA 94111-4158
6078266        +Etaros Acturial Services, LLC,   5008 W. 129th St.,   Leawood, KS 66209-1884
6078267        +Financial Institution Consulting Corp,   1755 Lynnfield Rd, #106,   Memphis, TN 38119-7233
6078268        +James M Sabovich,   Callahan & Blaine,   3 Hutton Centre Dr Ste 900,   Santa Ana, CA 92707-8722
6078269         Joel W. Ruderman,   Pension Benefit Guaranty Corporation,   1200 K Street, N.W.,
                 Washington, DC 20005-4026
6078270         Jordon E Jacobson,   Pension Benefit Guaranty Corporation,   1200 K Street, N.W., Suite 340,
                 Washington, DC 20005-4026
6078271        +Kamran Salour,   Callahan & Blaine,   3 Hutton Centre Drive 9th Floor,
                 Santa Ana, CA 92707-5781
6078272        +Lewis & Ellis, Inc.,   Attn: Scott Gibson,   700 Central Expressway South,   Suite 550,
                 Allen, TX 75013-8125
6078273         Margaret E. Dayton,   Scheper Kim & Harris, LLP,   800 West Sixth Street, 18th Floor,
                 Los Angeles, CA 90017-2701
6078274         Mark R. Snyder,   Pension Benefit Guaranty Corporation,   1200 K Street, N.W.,
                 Washington, DC 20005-4026
6078275        +Matthew T Furton,   Locke Lord LLP,   111 S Wacker Dr,   Chicago, IL 60606-4409
6078279        +RJC Financial, Inc.,   814 Tyvola Rd,   Charlotte, NC 28217-3593
6078277        +Raphael Cung,   Callahan & Blaine APLC,   3 Hutton Centre Dr 9th Fl,   Santa Ana, CA 92707-5781
6078280        +Robert J. Feinstein,   Pachulski Stang Ziehl & Jones, LLP,
                 10100 Santa Monica Blvd., 13th Floor,   Los Angeles, CA 90067-4003
6078281        +Robert James Guite,   Sheppard Mullin Richter Hampton LLP,
                 Four Embarcadero Center, 17th Floor,   San Francisco, CA 94111-4158
6078282        +Robert S Marticello,   Smiley Wang-Ekvall, LLP,   3200 Park Center Dr, Suite 250,
                 Costa Mesa, CA 92626-7234
6078283        +Smiley Wang-Ekvall,   3200 Park Center Drive, Suite 250,   Costa Mesa, CA 92626-7234
6078284        +Smith Barid, LLC,   Attn Mike Smith,   7393 Hodgson Memorial Dr., STE 202,
                 Savannah, GA 31406-1507
6078285        +Steven B Sacks,   Four Embarcadero Center 17th Floor,   San Francisco, CA 94111-4158
6078286        +Traci M. Christian,   5008 W. 129th Street,   Leawood, KS 66209-1884
6078288         Unsecured Creditors Cmte, Freedom Comm,   Jack Butler, Chair,
                 Pension Benefit Guaranty Corporation,   1200 K Street, NW,   Washington, DC 20005-4026
6078290       #+Willen, Limsky, & Associates. P.A.,   Attn: Amy Stempfer,   1829 Reistertown Road,   Suite 410,
                 Pikesville, MD 21208-7118
6078289       #+Willen, Limsky, & Associates. P.A.,   Attn: Mark Willen,   1829 Reistertown Road,   Suite 410,
                 Pikesville, MD 21208-7118
6078291         William H. Forman,   Scheper Kim & Harris, LLP,   800 West Sixth Street, 18th Floor,
                 Los Angeles, CA 90017-2701
```

```
District/off: 0419-3          User: AutoDkt              Page 2 of 2                  Date Rcvd: Feb 10, 2020
                              Form ID: 309C              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: ahenderson@grierlaw.com Feb 10 2020 18:47:56      Abigail Watts Henderson,
                 Grier Wright Martinez, PA,    521 E. Morehead Street,    Ste 440,    Charlotte, NC  28202
tr              +EDI: FABSHUFORD.COM Feb 10 2020 23:48:00      A. Burton Shuford,    4700 Lebanon Road,,
                 Suite #A-2,   Mint Hill, NC 28227-8265
smg              EDI: IRS.COM Feb 10 2020 23:48:00      Internal Revenue Service,    Special Procedures Section,
                 320 Federal Place, Room 335,    Greensboro, NC   27401
smg              E-mail/Text: atlreorg@sec.gov Feb 10 2020 18:48:12      Securities and Exchange Commission,
                 Atlanta Regional Office,    3475 Lenox Road, N.E., Suite 1000,    Atlanta, GA  30326-1232
6078486          EDI: NCDEPREV.COM Feb 10 2020 23:48:00      North Carolina Department of Revenue,
                 Bankruptcy Unit,    P.O. Box 1168,    Raleigh, NC 27602-1168
6078276          E-mail/Text: bncctnotifications@pbgc.gov Feb 10 2020 18:47:59      Pension Benefit Guaranty Corp,
                 1200 K Street, N.W.,    Washington, DC 20005-4026
6078287         +E-mail/Text: USTPregion16.SA.ECF@USDOJ.GOV Feb 10 2020 18:48:10      United States Trustee (SA),
                 411 W Fourth St., Suite 7160,    Santa Ana, CA 92701-4500
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6078249*        +Alan J. Kornfeld,    Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd., 13th Floor,
                 Los Angeles, CA 90067-4003
6078485*        +Internal Revenue Service,    P.O. Box 7317,    Philadelphia, PA 19101-7317
6078278        ##+Richard Kearns,    6521 Selton House Lane,    Charlotte, NC 28277-4521
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | JTR1, LLC<br>Name | EIN: | 38–3860822 |
| United States Bankruptcy Court | Western District of North Carolina | Date case filed for chapter: | 7   2/6/20 |
| Case number: | 20–30141 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | JTR1, LLC | |
| 2. | **All other names used in the last 8 years** | fdba JTR, LLC | |
| 3. | **Address** | 814 Tyvola Rd, Suite 107<br>Charlotte, NC 28217 | |
| 4. | **Debtor's attorney**<br>Name and address | Abigail Watts Henderson<br>Grier Wright Martinez, PA<br>521 E. Morehead Street<br>Ste 440<br>Charlotte, NC 28202 | Contact phone 704–332–0206<br><br>Email: ahenderson@grierlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | A. Burton Shuford<br>4700 Lebanon Road,<br>Suite #A–2<br>Mint Hill, NC 28227 | Contact phone 980–321–7001<br><br>Email: bshuford@abshuford.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 401 West Trade Street<br>Charlotte, NC 28202 | Hours open:<br>8:30 am – 4:30 pm<br><br>Contact phone 704–350–7500<br><br>Date: 2/7/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 11, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U.S. Bankruptcy Administrators Office,<br>402 West Trade Street, Suite 205,<br>Charlotte, NC 28202** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1