**United States Bankruptcy Court**
Western District of North Carolina

| In re | JTR1, LLC | Case No. | 20-30141 |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jeffrey Covelli**, declare under penalty of perjury that I am the **Manager** of JTR1, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th day of February, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeffrey Covelli, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jeffrey Covelli, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jeffrey Covelli, Manager** of this Corporation is authorized and directed to employ **Joseph W. Grier, III 7764**, attorney and the law firm of **Grier Wright Martinez, PA** to represent the corporation in such bankruptcy case."

Date  2/12/2020     Signed  /s/ Jeffrey Covelli

Resolution of Board of Directors
of
JTR1, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeffrey Covelli, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jeffrey Covelli, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jeffrey Covelli, Manager** of this Corporation is authorized and directed to employ **Joseph W. Grier, III 7764**, attorney and the law firm of **Grier Wright Martinez, PA** to represent the corporation in such bankruptcy case.

Date  2/12/2020          Signed  _[signature]_