## **CERTIFICATE OF SERVICE**

    I hereby certify, that on this 5th day of March 2020, the foregoing Notice of Appearance for United States Government Attorney Kyle T. Svendsen was served pursuant to Local Rule 5005-1 through the Court's electronic filing system on all persons who have requested notice through the electronic filing system.

                                              /s/ Kyle T. Svendsen
                                              Kyle T. Svendsen